IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DANIEL P. BARNARD,

       Plaintiff,

   vs.                        Case No. 3:10cv019

WRIGHT STATE UNIVERSITY, et al.,    JUDGE WALTER HERBERT RICE

       Defendants.

---

DECISION AND ENTRY ADOPTING INITIAL (DOC. #3) AND SUPPLEMENTAL (DOC. #5) REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE IN THEIR ENTIRETY; PLAINTIFF'S OBJECTIONS TO SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. #6) OVERRULED; JUDGMENT TO BE ENTERED IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF, DISMISSING PLAINTIFF'S COMPLAINT, WITHOUT PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; TERMINATION ENTRY

---

Based upon the reasoning and citations of authority set forth by the United States Magistrate Judge in her Initial (Doc. #3) and Supplemental (Doc. #5) Reports and Recommendations, as well as upon a thorough *de novo* review of the entirety of this Court's file and the applicable law, said Reports and Recommendations are adopted in their entirety. The Plaintiff's Objections to the Supplemental Report and Recommendations (Doc. #6), the Plaintiff having failed to file an Objection to the Initial judicial filing, are overruled.

Likewise overruled are the Plaintiff's Request for a Subpoena to an FBI agent and an oral argument, given that one cannot issue a subpoena to secure evidence on a Complaint which fails to state a claim for relief under federal law.

The dismissal is without prejudice, meaning that, should Plaintiff wish to file an amended Complaint, setting forth, in detail, who did what to him when and how, and, further, how those events constitute a violation of federal law, the Court will review any such further Complaint.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

/s/ Walter Herbert Rice

March 2, 2010  WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Daniel P. Barnard, Pro Se