# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DANIEL P. BARNARD, | : | |
| Plaintiff, | : | |
| | : | Case No. 3:10cv00019 |
| vs. | : | District Judge Walter Herbert Rice |
| | : | Magistrate Judge Sharon L. Ovington |
| WRIGHT STATE, et al., | : | |
| Defendants. | : | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON APRIL 2, 2010 (Doc. #12); DISMISSING PLAINTIFF'S SECOND AMENDED COMPLAINT (Doc. #11); CERTIFYING PURSUANT TO 28 U.S.C. §1915(a)(3) THAT AN APPEAL OF THIS DECISION AND ENTRY WOULD NOT BE TAKEN IN GOOD FAITH; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on April 2, 2010 (Doc. #12) is ADOPTED in full;

2. Plaintiff Daniel P. Barnard's Second Amended Complaint (Doc. #11) is DISMISSED;

3. The Court Certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Decision and Entry (Doc. #12) would not be taken in good faith; and

4. The case is terminated on the docket of this Court.

*[signature]*
Walter Herbert Rice
United States District Judge